DANIEL J. BRODERICK, #89424
Acting Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANTHONY PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-Cr- 00334 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER |
| v. | Date:   April 10, 2006 |
| ANTHONY PADILLA, | Time:  9:00 A.M. |
| | Judge:  Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, **that the status conference hearing now set for March 20, 2006, may be continued to April 10, at 9:00 A.M.**

This continuance is sought by counsel for defendant because he needs additional time to complete plea negotiations prior to hearing.

///
///
///


///
///

1    The parties also agree that any delay resulting from this continuance shall be excluded in the
2    interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                                 McGREGOR W. SCOTT
                                                 United States Attorney

DATED: March 16, 2006                  By   /s/  Kimberly A. Kelly
                                                 KIMBERLY A. KELLY
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff


                                                 DANIEL J. BRODERICK
                                                 Acting Federal Defender

DATED: March 16, 2006                  By   /s/ Victor M. Chavez
                                                 VICTOR M. CHAVEZ
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 ANTHONY PADILLA
```

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 17, 2006**             /s/ **Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE