IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:05-CR-334 AWI |
| | ) | |
| Plaintiff, | ) | ORDER ALLOWING PARTIES TO OBTAIN |
| | ) | TRANSCRIPT OF SEALED TESTIMONY |
| v. | ) | |
| | ) | |
| DAVID NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

On June 9, 2008, the Court heard testimony pertaining to the defendant's Motion to Suppress Statements and Motion to Dismiss the Indictment. Portions of the testimony were order sealed from the public, good cause having been shown for such.

IT IS HEREBY ORDERED that the sealed portions of the testimony may be provided to the Government and the defendant in this case.

IT IS SO ORDERED.

**Dated:   June 20, 2008**          /s/ Anthony W. Ishii
                                    UNITED STATES CHIEF DISTRICT JUDGE

1